IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02655-BNB

KELLYE W. MONAGHAN,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, Persons in Charge, Commissioners and/or Directors – Judges,

Defendant.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Kellye W. Monaghan, has filed *pro se* a complaint. The court must construe the complaint liberally because Ms. Monaghan is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Ms. Monaghan will be ordered to file an amended complaint.

The court has reviewed the complaint and has determined that it is deficient because it does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. **See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas**, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements

of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Ms. Monaghan fails to set forth a short and plain statement of the grounds on which the court's jurisdiction depends. In other words, she fails to cite the statutory authority that allows this court to consider the claims she is asserting in this action. Ms. Monaghan also fails to set forth a short and plain statement of her claims showing that she is entitled to relief. It appears that Ms. Monaghan may be seeking judicial review of an administrative decision denying her social security disability benefits. However, assuming that is the purpose of this lawsuit, Ms. Monaghan fails to allege what her disability is, what specific administrative steps she has taken to obtain social security disability benefits, when and why she was denied social security disability benefits, whether she has exhausted administrative remedies, and specifically why she believes the administrative decision is erroneous.

A decision to dismiss a pleading pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th

Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a) and that Ms. Monaghan should be given an opportunity to file an amended complaint. She will be directed to do so below. Accordingly, it is

ORDERED that Ms. Monaghan file, **within thirty (30) days from the date of this order**, an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Monaghan, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Ms. Monaghan fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED December 26, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02655-BNB

Kellye W. Monaghan
1777 Franklin Street, Apt. #5
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on 12/26/07

GREGORY C. LANGHAM, CLERK

By: /s/ Deputy Clerk
      Deputy Clerk