IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02655-BNB

KELLYE W. MONAGHAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

"Plaintiff's Motion to Allow Plaintiff to File a 2nd Amended Complaint" filed on February 12, 2008, is GRANTED.

Dated: February 25, 2008

Copies of this Minute Order mailed on February 25, 2008, to the following:

Kellye W. Monaghan
1777 Franklin Street
Apt. #5
Denver, CO 80218

                                                  Secretary/Deputy Clerk