UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02655-WYD

KELLYE W. MONAGHAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER ON ATTORNEY FEES**
_____

THIS MATTER is before the Court in connection with the parties' Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (filed July 22, 2009).  The parties move therein for an order granting an award of attorney fees in the amount of $6,900.00 to counsel for Plaintiff under the Equal Access to Justice Act ["EAJA"], 42 U.S.C. § 2412(d).  Having reviewed the motion, I find that an award of fees under the EAJA is proper and that the parties' motion should be granted.  Accordingly, it is

ORDERED that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Doc. # 42) is **GRANTED**.  Attorney fees in the amount of $6,900.00 shall be paid to Bruce C. Bernstein, P.C., attorney for the Plaintiff, within 30 days.

Dated July 23, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge